**Ruth KLEJNOT, Plaintiff–Appellant,**

v.

**DOES 1–5, Inclusive; Steven R. Cohen, Acting Director of the U.S. Office of Personnel Management, Defendants–Appellees.**

No. 02–1331.

United States Court of Appeals, Fourth Circuit.

Submitted June 13, 2002.

Decided June 18, 2002.

Ruth Klejnot, Appellant Pro Se. Ariana Wright Arnold, Office of the United States Attorney, Baltimore, Maryland, for Appellees.

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ruth Klejnot appeals the district court's order granting summary judgment to Appellees in her civil action for insurance benefits. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Klejnot v. Does 1–5*, No. CA–00–3732–MJG (D.Md. filed Dec. 17, 2001; entered Dec. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*